```
                    CLERK, U.S ____ ICT COURT
                         MAY 23 2023
                    ____NTRA_____CT OF CALIFORNIA
                                        DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ERNESO MARES,<br><br>　　　　Defendant. | Case No.  2:15-cr-00195-SVW<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

　　　On May 23, 2023, Defendant Ernesto Mares made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on May 5, 2023.  Defendant submitted on the detention recommendation in the Pretrial Services Report.

　　　Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

>☒ allegations in the petition include failure to participate in and complete outpatient and then residential substance abuse program as required and history of previous violations of conditions of pretrial and supervised release.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

>☒ allegations in the petition, history of prior revocations and warrants, noncompliance and substance abuse history.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: May 23, 2023

*Patricia Donahue*
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE